

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

**The following constitutes
the order of the court. Signed February 15, 2017**

_Charles Novack_
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In Re:

BENCH AND BAR, INC.,

    Debtor

) Case No.: 16-41611 CN
) Chapter 11
)
) **ORDER CONDITIONALLY**
) **APPROVING DISCLOSURE**
) **STATEMENT AND FIXING TIME**
) **FOR FILING ACCEPTANCES OR**
) **REJECTIONS OF PLAN, COMBINED**
) **WITH NOTICE THEREOF**
)
)
)

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by BENCH AND BAR, INC., on February 9, 2017, referring to a plan under chapter 11 of the Code filed by BENCH AND BAR, INC., on February 9, 2017; and

It having been determined after hearing on notice that the disclosure statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by BENCH AND BAR, INC. on February 9, 2017 is conditionally approved.

B. March 16, 2017 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C. No later than February 23, 2017 shall the plan, the disclosure statement, and a ballot conforming to Official Form 14 be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

E. March 23, 2017 is fixed for the hearing on confirmation of the plan, to be held at 10:00AM in Courtroom 215, located at 1300 Clay Street, Second Floor, Oakland, CA 94612.

F. March 16, 2017 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

IT IS SO ORDERED.

***END OF ORDER***

COURT SERVICE LIST