THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

BENCH AND BAR, INC.,

        Debtors

Case No.: 16-41611 CN
Chapter 11

**STIPULATION ASSIGNING COMMERCIAL LEASE**

This stipulation is entered into by BENCH AND BAR, INC. (hereinafter, "Debtor"), by and through its attorney of record, and Lessor/Creditor GETT HOLDINGS, LLC, (hereinafter, "Lessor") regarding the assignment of two commercial leases.

On June 11, 2016 the Debtor filed the matter herein. Previously, on or about July 1, 2014, Debtor contracted with Lessor for two leases involving a property located at 2111 Franklin Street, Oakland, CA 94612, which would be used as Debtor's sole business location (hereinafter, the "Leases"). The initial terms of the Leases were for ten years each, with two additional five year options to extend the Leases.

On or about February 9, 2017, Debtor filed a Fourth Amended Combined Liquidation Plan and Disclosure Statement (hereinafter, the "Liquidation Plan"), wherein Debtor proposes to assume the Leases therein.

1

Both Debtor and Lessor contend that the Debtor is current with the Leases obligations both pre- and post-petition. Lessor is agreeable to assigning the Leases to the proposed buyer, Oak Leaf KF, LLC, as provided in the attached First Amendment to and Assignment of Leases for a limited term of two years (hereinafter, the "Assignment").

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Upon Confirmation of the Liquidation Plan, or upon the sale and transfer of all assets of the bankruptcy estate to Oak Leaf KF, LLC, Oak Leaf KF, LLC shall become the assignee of the Leases for a limited term of two years, pursuant to the Assignment attached hereto);
2. In the event of dismissal or conversion to Chapter 7 of the case herein, this stipulation and the Assignment shall become null and void.

IT IS SO STIPULATED.

Dated: 03/08/2017 /s/ NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq.
*Attorney for Debtor*

Dated: 03/09/2017 /s/ DONALD H. CRAM, III
Donald H. Cram, III
*Attorney for Lessor*